1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 RONALD MOORE,                          )  No.  1:12-CV-01593-LJO-GSA
                                          )
12              Plaintiff,                 )  **NOTICE OF VOLUNTARY DISMISSAL**
                                          )  **OF DEFENDANT BIG 5 CORP. ONLY**
13       vs.                               )  **(ERRONEOUSLY SUED HEREIN AS BIG**
                                          )  **FIVE CORPORATION DBA BIG FIVE**
14 HINDS INVESTMENTS, L.P., et al.,        )  **SPORTING GOODS #101); ORDER**
                                          )
15              Defendants.                )
                                          )
16                                         )
                                          )
17 _____     )

18       WHEREAS, Defendant Big 5 Corp. (erroneously sued herein as Big Five Corporation

19 dba Big Five Sporting Goods #101) ("Defendant") has not filed an answer or motion for

20 summary judgment;

21       WHEREAS, Plaintiff and Defendant Big 5 Corp. (erroneously sued herein as Big Five

22 Corporation dba Big Five Sporting Goods #101) have settled the matter amongst themselves;

23       WHEREAS, no counterclaim has been filed;

24       Plaintiff hereby respectfully requests that <u>Only</u> Big 5 Corp. (erroneously sued herein as

25 Big Five Corporation dba Big Five Sporting Goods #101) be dismissed with prejudice pursuant

26 to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

27 ///

28 ///

*Moore v. Hinds Investments, L.P., et al.*
Notice of Voluntary Dismissal of Defendant Big 5 Corp. <u>Only</u> (erroneously sued herein as Big Five Corporation
dba Big Five Sporting Goods #101); [Proposed] Order
Page 1

Date: October 23, 2012                          MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff Ronald Moore


                                    **ORDER**


        Good cause appearing,

        IT IS HEREBY ORDERED that <u>Only</u> Big 5 Corp. (erroneously sued herein as Big Five

Corporation dba Big Five Sporting Goods #101) be dismissed with prejudice from this action.

The clerk is directed NOT to close this action.



IT IS SO ORDERED.

        Dated:   **October 23, 2012**                  **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Notice of Voluntary Dismissal of Defendant Big 5 Corp. <u>Only</u> (erroneously sued herein as Big Five Corporation dba Big Five Sporting Goods #101); [Proposed] Order
Page 2