IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiffs,<br><br>vs.<br><br>HINDS INVESTMENTS, L.P. et al.,<br><br>    Defendants. | **Old Case No. 1:12-cv-01593 LJO GSA**<br>**New Case No. 1:12-cv-01593 LJO BAM**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Barbara A. McAuliffe. The new case number shall be **1:12-cv-01593 AWI BAM.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer. The scheduling conference set before the undersigned on January 8, 2103 at 9:00 am is VACATED.

    IT IS SO ORDERED.

    Dated:   **November 8, 2012**              /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE