UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>         vs.<br><br>HINDS INVESTMENTS, L.P.; LONGS DRUG STORES CALIFORNIA, L.L.C. dba CVS PHARMACY; SMART & FINAL STORES, LLC dba SMART & FINAL #412; PETSMART, INC. dba PETSMART #0083; LESLIE'S POOLMART, INC.; BIG FIVE CORPORATION dba BIG FIVE SPORTING GOODS #101,<br><br>              Defendants. | CASE NO. 12-CV-01593-AWI-BAM<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

Having considered the Stipulation of the Parties (Doc. 22), and for good cause shown, the Court GRANTS the Parties' request to extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint. Defendant shall have up to and including January 2, 2013 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **December 5, 2012**                    /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE