UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 12-01593 LJO BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT WITH SINGLE DEFENDANT** |
| vs. | (Doc. 26.) |
| HINDS INVESTMENTS, L.P., | |
| Defendant. / | |

Plaintiff's counsel filed papers to indicate that settlement has been reached with defendant Longs Drug Stores California, LLC ("Longs") and to request up to March 3, 2013 to file papers to dismiss this action against Longs. Plaintiff fails to explain the need for such a lengthy time to complete settlement and to file papers to dismiss this action. As such, this Court ORDERS plaintiff and Longs, **no later than February 15, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **January 3, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE