UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br>    vs.<br><br>HINDS INVESTMENTS, L.P., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 12-1593 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 28.) |

Plaintiff's counsel notified this Court that settlement has been reached with defendant Leslie's Poolmart, Inc. only. Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than February 11, 2013,** to file appropriate papers to dismiss or conclude this action as to defendant Leslie's Poolmart, Inc., or to show good cause why the action as to defendant Leslie's Poolmart, Inc. has not been dismissed or concluded.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **January 9, 2013**              /s/  **Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE