1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,            ) No.  1:12-CV-01593-LJO-BAM
12 |                          )
   |         Plaintiff,       ) **STIPULATION FOR DISMISSAL OF**
13 |                          ) **LESLIE'S POOLMART, INC. ONLY;**
   |     vs.                  ) **ORDER**
14 |                          )
15 | HINDS INVESTMENTS, L.P., et al., )
   |                          )
16 |         Defendants.      )
17 |                          )
18 |_____)

19      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and

20 Defendant Leslie's Poolmart, Inc. ("Defendant"), the parties to this action, by and through their

21 respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that <u>only</u>

22 Leslie's Poolmart, Inc. be dismissed with prejudice from this action.

23 Date: February 1, 2013                MOORE LAW FIRM, P.C.

24

25
                                         /s/Tanya E. Moore
26                                       Tanya E. Moore
                                         Attorney for Plaintiff Ronald Moore
27

28 ///

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal of Leslie's Poolmart, Inc. Only and Proposed Order
Page 1

1  Date: January 29, 2013                                         JACKSON LEWIS

                                                                   /s/ Nathan W. Austin
                                                                  Nathan W. Austin
                                                                  Attorneys for Defendant Leslie's Poolmart,
                                                                  Inc.

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that that <u>only</u> Defendant Leslie's Poolmart, Inc. be dismissed with prejudice from this action.

IT IS SO ORDERED.

    Dated:   **February 1, 2013**                           **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal of Leslie's Poolmart, Inc. Only and Proposed Order
Page 2