1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE, | ) No.  1:12-CV-01593-LJO-BAM |
12 | Plaintiff, | ) **STIPULATION FOR DISMISSAL OF CVS PHARMACY, INC. AND LONGS DRUGS STORES CALIFORNIA, L.L.C. DBA CVS PHARMACY (ERRONEOUSLY SUED HEREIN AS LONGS DRUG STORES CALIFORNIA, L.L.C. DBA CVS PHARMACY) ONLY; ORDER** |
13 | vs. |
14 |
15 | HINDS INVESTMENTS, L.P., et al., |
16 | Defendants. |

19       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and

20 Defendants CVS Pharmacy, Inc. and Longs Drugs Stores California, L.L.C. dba CVS Pharmacy

21 (erroneously sued herein as Longs Drug Stores California, L.L.C. dba CVS Pharmacy) <u>only</u>

22 ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant

23 to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that <u>only</u> CVS Pharmacy, Inc. and Longs

24 ///

25 ///

26 ///

27 ///

28 ///

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order

Page 1

Drugs Stores California, L.L.C. dba CVS Pharmacy (erroneously sued herein as Longs Drug Stores California, L.L.C. dba CVS Pharmacy) be dismissed with prejudice from this action.

Date: February 6, 2013                MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Ronald Moore

Date: February 6, 2013                SAUL EWING

/s/ Henry Platt
Henry Platt
Attorneys for Defendants CVS Pharmacy, Inc. and Longs Drugs Stores California, L.L.C. dba CVS Pharmacy (erroneously sued herein as Longs Drug Stores California, L.L.C. dba CVS Pharmacy)

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that that only Defendants CVS Pharmacy, Inc. and Longs Drugs Stores California, L.L.C. dba CVS Pharmacy (erroneously sued herein as Longs Drug Stores California, L.L.C. dba CVS Pharmacy) be dismissed with prejudice from this action.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **February 6, 2013**             **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order
Page 2