K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-01593-LJO-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF SMART & FINAL STORES, LLC DBA SMART & FINAL #412 ONLY; ORDER** |
| vs. | |
| HINDS INVESTMENTS, L.P., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant Smart & Final Stores, LLC dba Smart & Final #412 only ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that only Smart & Final Stores, LLC dba Smart & Final #412 be dismissed with prejudice from this action.

Date: February 7, 2013                              MOORE LAW FIRM, P.C.


                                                    /s/Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff Ronald Moore

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order

Page 1

Date: February 7, 2013                          /s/ David G. Freedman
                                                David G. Freedman
                                                Attorney for Defendant Smart & Final
                                                Stores, LLC dba Smart & Final #412

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that <u>only</u> Defendant Smart & Final Stores, LLC dba Smart & Final #412 be dismissed with prejudice from this action. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

   Dated:   **February 7, 2013**                      **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order
Page 2