UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br>   vs.<br><br>HINDS INVESTMENTS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 12-1593 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 39.) |

     Plaintiff's counsel notified this Court that settlement has been reached with defendant PetSmart, Inc. Pursuant to this Court's Local Rule 160, this Court ORDERS the settling parties, **no later than April 5, 2013,** to file appropriate papers to dismiss or conclude this action against the settling defendant, or to show good cause why this action against the settling defendant has not been dismissed.

     Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   February 26, 2013**       /s/  **Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE