DARRYL J. HOROWITT #100898
KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendant,
HINDS INVESTMENTS, L.P.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>         Plaintiff,<br><br>     v.<br><br>HINDS INVESTMENTS, L.P.; LONGS DRUG STORES CALIFORNIA, L.L.C. dba CVS PHARMACY; SMART & FINAL STORES, LLC dba SMART & FINAL #412; PETSMART, INC. dba PETSMART #0083; LESLIE'S POOLMART, INC.; BIG FIVE CORPORATION dba BIG FIVE SPORTING GOODS #101,<br><br>         Defendants. | CASE NO.  1:12-CV-01593-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff RONALD MOORE ("Plaintiff"), by and through his counsel of record, Tanya E. Moore of Moore Law Firm, P.C., and Defendant HINDS INVESTMENTS, L.P. ("Hinds"), by and through his counsel of record., Keith M. White of Coleman & Horowitt, LLP hereby stipulate as follows:

  1.  That Plaintiff and Hinds are working diligently toward an informal resolution of this matter.

  2.  That according to counsel for Hinds:  Hinds has hired a Certified Access Specialist ("CASp") who has performed a survey of the exterior of the property at issue, a large

1  shopping center located at Shaw and Clovis Avenue; Hinds has retained a contractor to work
2  with the CASp to prepare a remediation plan; and that a draft of the remediation plan is expected
3  the week of March 4, 2013.

4      3.    Plaintiff and Hinds wish the additional time to allow for the review and revision
5  of the forthcoming remediation plan in order to see if an informal resolution of the matter can be
6  reached.

7      4.    That neither Plaintiff or Hinds wish to burden the Court or themselves with
8  appearing at the currently calendared Scheduling Conference on March 6, 2013, at 8:30 a.m.
9  pending further attempts at an informal resolution of the case and request that the Court continue
10 the currently set Scheduling Conference approximately 45 days to allow Hinds and Plaintiff the
11 opportunity to informally resolve the case.

Dated: February 27, 2013                            COLEMAN & HOROWITT

                                                          */s/ Keith M. White*
                                    By:_____
                                            Keith M. White
                                            Attorneys for Defendant,
                                            HINDS INVESTMENTS, L.P.


                                            MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                  By:_____
Dated: February 27, 2012                            Tanya E. Moore
                                            Attorneys for Plaintiff,
                                            RONALD MOORE

**ORDER**

The Court having reviewed the stipulation of the parties and finding that good cause exists hereby **ORDERS** the March 6, 2013, Scheduling Conference is vacated and reset for April 15, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  February 28, 2013                          /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE