K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>   vs.<br><br>HINDS INVESTMENTS, L.P., et al.,<br><br>   Defendants. | No. 1:12-CV-01593-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF PETSMART, INC. DBA PETSMART #0083 ONLY; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant PetSmart, Inc. dba PetSmart #0083 <u>only</u> ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that <u>only</u> PetSmart, Inc. dba PetSmart #0083 be dismissed with prejudice from this action. Each party is to bear its own attorneys' fees and costs.

Date: March 25, 2013                                        MOORE LAW FIRM, P.C.


                                                            /s/Tanya E. Moore
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff Ronald Moore

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order

Page 1

Date: March 15, 2013                                  LITTLER MENDELSON, PC


                                                      /s/ Michael E. Brewer
                                                      Michael E. Brewer
                                                      Attorney for Defendant PetSmart, Inc. dba
                                                      PetSmart #0083


## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that only Defendant PetSmart, Inc. dba PetSmart #0083 be dismissed with prejudice from this action.  Each party is to bear its own attorneys' fees and costs.  The clerk is directed NOT to close this action.


IT IS SO ORDERED.

Dated:   **March 25, 2013**                       /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order
                              Page 2