K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HINDS INVESTMENTS, L.P., et al.,<br><br>　　　　Defendants. | No.  1:12-CV-01593-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF HINDS INVESTMENTS, L.P.; [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant Hinds Investments, L.P. ("Defendant"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant be dismissed with prejudice from this action, and that the matter be dismissed with prejudice in its entirety as all defendants have now been dismissed.  Each party is to bear its own attorneys' fees and costs.

Date: May 21, 2013　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Tanya E. Moore*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　Ronald Moore

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order

Page 1

| | |
|---|---|
| Date: May 21, 2013 | COLEMAN & HOROWITT, LLP |
| | */s/ Keith M. White* |
| | Keith M. White |
| | Attorneys for Defendant |
| | Hinds Investments, L.P. |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Hinds Investments, L.P be dismissed with prejudice from this action, and that the matter be dismissed with prejudice in its entirety as all defendants have now been dismissed.  Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **May 21, 2013**             **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

*Moore v. Hinds Investments, L.P., et al.*
Stipulation for Dismissal and Proposed Order
Page 2